# Exhibit 1

# LABOR RELATIONS CONNECTION

In the matter of arbitration between:

**NORTHEASTERN UNIVERSITY**

-and-

**SERVICE EMPLOYEES INTERNATIONAL UNION
LOCAL 509 CTW**

LRC CASE NUMBER 66-19

Grievance: Adjunct instructors not compensated at the content course rate for teaching *Managing in a Diverse and Changing World* in the fall 2018 semester

Representing SEIU Local 509:

    Ian O. Russell, Esq.
    Pyle Rome Ehrenberg PC

Representing Northeastern University

    Scott Merrill, Esq.
    Senior Director of Labor Relations

## AWARD

The grievance is substantively arbitrable.

The University violated the Collective Bargaining Agreement when it did not compensate adjunct instructors $6400 for teaching the course *Managing in a Diverse and Changing World* in the 2018 fall semester.

The adjunct instructors who taught the course shall be made whole the difference between what they were compensated and $6400.

                                              Robert M. O'Brien, Esq.

March 30, 2020

## LABOR RELATIONS CONNECTION

**In the matter of arbitration between:**

### NORTHEASTERN UNIVERSITY

-and-

### SERVICE EMPLOYEES INTERNATIONAL UNION
### LOCAL 509 CTW

**LRC Case Number: 66-19**

**Grievance: Adjunct Instructors not compensated at the content course rate for teaching *Managing in a Diverse and Changing World* in the fall 2018 semester**

## STATEMENT OF THE ISSUE

As framed by the Arbitrator, the following issues must be decided herein:

Is the grievance substantively arbitrable?

If the grievance is substantively arbitrable, did Northeastern University violate the Collective Bargaining Agreement when it did not compensate Adjunct Instructors $6400 for teaching *Managing in a Diverse and Changing World* in the fall semester in 2018?

If so, what shall be the remedy?

## PERTINENT CONTRACTUAL PROVISIONS

### ARTICLE 2 - MANAGEMENT RIGHTS

**Section 1.** The Union recognizes the right of the University to operate and manage the University. All rights, functions, prerogatives and discretions of the management of the University formerly exercised by the University are retained and remain vested exclusively in the University, except to the extent that such rights,

functions, prerogatives and discretions are specifically and explicitly modified by the express provisions of this Agreement. . . .

**Section 3.** Should a specific provision of this Agreement directly conflict with, modify or restrict an enumerated right under this Article, the specific provision of the Agreement shall prevail over the enumerated right. . . .

Without limiting the generality of the foregoing, the University reserves the right to. . . .

x. exercise sole authority on all decisions involving academic matters, including but not limited to establishing or changing curriculum, establishing or changing standard syllabi for courses with multiple sections and establishing uniform grading rubrics and student performance standards. . . .

## ARTICLE 7 - GRIEVANCE AND ARBITRATION

**Section 1.** A grievance within the meaning of this Agreement shall be any complaint or dispute arising out of the application or interpretation of a specific provision of this Agreement.

## ARTICLE 12 - COMPENSATION

**Section 1.** The minimum pay rates for teaching courses are set forth in Appendices A and B.

## APPENDIX B
## COMPENSATION CHART- COLLEGE OF PROFESSIONAL STUDIES

| Department | Per Course Flat Rates<br>July 1, 2018 – June 30, 2019 |
|---|---|
| Global Pathways | Global Pathways/AC 3 hour section<br>$4300 |
| GPAC (except Global Experiences) | Content Courses (Course rate)<br>$6400 |

## BACKGROUND

As most Bostonians know, Northeastern University (hereinafter referred to as Northeastern or the University) is a renowned institution for higher education. It educates both undergraduate and graduate students. Many of the students who attend Northeastern are foreign born. They are in the United States on a special visa. And many of the students who matriculate at Northeastern have limited English reading and writing skills.

The University educates undergraduate and graduate students at nine Colleges and Schools. The McKim School of Business and the College of Professional Studies are two of these Schools and Colleges.

The Service Employees International Union Local 509 (hereinafter referred to as the Union) represents part-time graduate and undergraduate adjunct instructors. They are also referred to as lecturers. The current Collective Bargaining Agreement is the first labor contract between the Union and the University. The Agreement is in effect from February 26, 2016 to June 30, 2019

One of the nine colleges that make up Northeastern University is the College of Professional Studies.

The Global Pathways/American Classroom Program is in the College of Professional Studies. Only foreign speaking students who attend Northeastern may participate in the program. The goal of the program is to help these students improve their English skills such as reading English, speaking English, and English vocabulary to help them gain entry to a graduate degree program at Northeastern. Students who successfully complete the Global Pathways Program are given automatic admission to a

3

graduate degree program at Northeastern. Global Pathways does not confer any degrees and most courses in the program do not count toward degree credits.

The Global Pathways Program offers so-called "content courses," such as business courses and English as a Second Language (ESL) courses, such as Research and Writing for Graduate School. When the University offers English as a Second Language course it is designated as ESLG followed by a numeral. For example, the course Research and Writing for Graduate School was identified as ESLG-550 Section 605.

In the summer of 2018, Szelenyi Balazs, Director of Faculty and Instruction in the Global Pathways Program, developed a new course in collaboration with part-time lecturers Peter Fell, Fern Remedi-Brown, William Shimer and Barbara Shimer. A professor from the McKim Business School also participated in developing the course.

The course title was *Managing in a Diverse and Changing World*. The course number was ESLG0238, CRN18444. The course was to be taught during the fall semester (9/5/18-12/7/18) three days a week. Students earned three credits for the course.

According to the course syllabus, the goal of the course was to familiarize international students with the importance of team building and cultural agility in an increasingly diverse and changing world. The class aim was to introduce international students to the complex and changing nature of the modern workplace. Students would do case studies of established corporations and venture capital start-ups. They would be asked to explore how they see their own career paths evolving during their graduate studies and beyond.

4

The adjunct instructors who taught *Managing in a Diverse and Changing World* in the 2018 fall semester were compensated $4300. This is the per course flat rate set forth in Appendix B of the Collective Bargaining Agreement that is applicable to part-time adjunct instructors who teach in the Global Pathway program. As noted above, the Course Number for *Managing in a Diverse and Changing World* was ESLG0238.

After instructor Peter Fell signed a contract to teach *Managing in a Diverse and Changing World* for the fall 2018 semester, he realized that the compensation was $4300. He believed that the course rate should have been $6400 for the semester. $6400 is the course rate for teaching "content courses." Courses in the Global Pathways program are either "content courses" or ESL courses. The University designated *Teaching in a Diverse and Changing World* an ESL course.

Peter Fell brought this matter to Szelenyi Balazs who tacitly agreed that the compensation for teaching the course should have been $6400, the content course rate set forth in Appendix B. Director Balazs met with Dean Plunkett who claimed that the course was never approved as a content course and was therefore correctly compensated at the ESL three credit course rate.

On August 28, 2018, the Union filed a grievance on behalf of the part-time adjunct instructors who taught the course *Managing in a Diverse and Changing World* in the fall 2018 semester in the Global Pathways program. The Union contends that this was a content course and the adjunct instructors should have been compensated the content course rate.

The University denied the grievance at Step 3 of the grievance procedure. The University insisted that classification of courses is an academic determination reserved to management and is therefore not substantively arbitrable.

The Union appealed the grievance to arbitration and it came before the undersigned Arbitrator for a hearing on November 18, 2019 and January 14, 2020. Based on the evidence and arguments advanced by the Union and the University at those hearings and in their respective post hearing briefs, this Arbitrator hereby renders the following decisions.

## FINDINGS AND OPINION

### I. SUBSTANTIVE ARBITABILITY

The University argues that the Union's grievance is not substantively arbitrable since it involves the issue of how course ESLG0238 was classified in the 2018 fall semester. In the University's view, how courses are classified is a fundamental academic matter that is exclusively reserved to the University and is therefore not substantively arbitrable.

This Arbitrator has a different view of the Union's grievance than the University. To this Arbitrator, the grievance involves how adjunct instructors were <u>compensated</u> for teaching *Managing in a Diverse and Changing World* in the 2018 fall semester. This is a complaint or dispute arising out of the application or interpretation of Article 12 and Appendix B of the Collective Bargaining Agreement.

Article 7, <u>Section 1</u>, of the Collective Bargaining Agreement defines a grievance as "*any complaint or dispute arising out of the application or interpretation of a specific provision of this Agreement.*" As observed above, the Union's grievance alleges a

violation of two specific provisions of the Agreement, Article 12 and Appendix B. Therefore, it is a grievance under the Collective Bargaining Agreement and is substantively arbitrable.

How a course is classified is an academic matter reserved to the University. How adjunct instructors are compensated for teaching courses is a contractual matter that is subject to the grievance and arbitration provisions of the Collective Bargaining Agreement and is therefore substantively arbitrable.

## ARTICLE 12 AND APPENDIX B OF THE COLLECTIVE BARGAINING AGREEMENT

Article 12, Section 1, of the Collective Bargaining Agreement provides that the minimum pay rates for teaching courses are set forth in Appendices A and B of the Agreement. Appendix B is the Compensation Chart for courses that are taught in the College of Professional Studies where the grievants taught in the 2018 fall semester. The rate of pay for teaching a three hour section in Global Pathways/American College (GPAC) was $4300. The rate of pay for teaching a content course in GPAC was $6400.

The grievants were compensated $4300 for teaching *Managing in a Diverse and Changing World* in the 2018 fall semester. For the reasons set forth below, this Arbitrator finds that Article 12 Appendix B of the Collective Bargaining Agreement were violated when the adjunct instructors were not compensated $6400 for teaching this course.

The University classified *Managing in a Diverse and Changing World* as an ESL course but it was not constructed or taught as an ESL course. The course syllabus, which was approved by the University, described the course as follows:

> "As <u>economic expansion</u> and globalization continue to drive humanity into the future, the <u>modern workplace</u> has undergone significant and irreversible change. This class aims to introduce students to the complex and changing nature of the <u>modern workplace</u>. The goal of the class is to familiarize international students to the importance of team building and cultural agility in an increasingly diverse and changing world. Students will do case studies of established <u>corporations,</u> as well as <u>venture capitalist start-ups</u>. . . (underscoring added).

There is nothing in the course description that refers to improving the international students' proficiency in English, which is the purpose of an ESL course. The course description for *Managing in a Diverse and Changing World* does not state that assignments and lessons will focus on helping international students improve their English language writing, speaking, and vocabulary. Rather, the focus of the course was the modern workplace. The course description that was approved by the University made this clear.

Szelenyi Balazs who devised the course *Managing in a Diverse and Changing World* never told the adjunct instructors who he recruited to teach the course that the focus of the course would be to help international students improve their English proficiency. He never told them that he wanted them to teach the class as an ESL course. In fact, two of the adjunct instructors who Mr. Balazs recruited, Peter Fell and William Shimer, had no experience or training in teaching English as a Second Language. Peter Fell had only taught business courses.

Director Balazs suggested to the adjunct instructors who he recruited that they use the following texts: *Getting to Yes: Negotiating Agreement Without Giving in*; and *How to Lead Yourself and others to Greater Success.* Neither of these texts focused on

8

teaching English as a Second Language to help their students improve their English proficiency.

Adjunct instructors Peter Fell, Fern Remedi-Brown, William Shimer and Barbara Shimer thought that *Managing in a Diverse and Changing World* replaced the course *Interdisciplinary Professional Foundations*, a content course that they had previously taught. They all had previously taught content courses at Northeastern that had a business focus.

Four of the adjunct instructors who taught *Managing in a Diverse and Changing World* in the 2018 fall semester - - Peter Fell, Fern Remedi-Brown, William Shimer and Barbara Shimer - - did not teach their classes as ESL classes. They did not make any English language assignments and did not make any assignments that would improve their students' English proficiency. And they did not grade their students on their improvement on their English skills. Instead, they taught their respective courses as the course description described.

It is instructive to note that Director Balazs attempted to get the rate for teaching the course increased to $6400, the content course rate. However, Dean Plunkett refused to approve the increase.

There was extensive discussion at the arbitration hearings in this grievance regarding what course credits are eligible to be transferred to degree-bearing programs at the University. According to the University, credits earned by students who take ESL courses are never transferred to degree-granting programs. Therefore, according to the University, *Managing in a Diverse and Changing World* was an ESL course since the

9

students who earned credits in that class did not have any credits transferred to a degree-bearing program.

Whether course credits are transferred to a degree-granting program is an academic matter within the sole discretion of the University. If the University decides not to transfer ESL credits that is its discretion. If it decides to transfer some, but not all content course credits, that is also its prerogative. However, those decisions have no bearing on how the course *Managing in a Diverse and Changing World* was developed, taught, explained to students and graded in the 2018 fall semester. As noted above, the course was not developed, taught, explained to students or graded as an ESL course.

The current Collective Bargaining Agreement is the first labor contract between the University and the adjunct instructors. Contrary to the University's contention, during bargaining the Union did not agree that only content courses were eligible to have credits transferred to a degree-bearing program. This may have been discussed by one of the Union's negotiators and one of the University's negotiators in a brief sidebar discussion but there is no evidence that it was an issue at main table bargaining. And in any event, there is nothing in the Agreement itself that states that *"a special rate shall be paid for content courses because they are courses approved for transfer as academic credit to a degree granting program."*

Inasmuch as *Managing in a Diverse and Changing World* was not developed, constructed, taught or graded as an English as a Second Language course, adjunct instructors who taught the course in the 2018 fall semester should not have been compensated at the three credit ESL rate of $4300. Rather, they should have been compensated at the content course rate of $6400. Therefore, they are entitled to the

difference in compensation. These are the only two types of courses taught in the Global Pathways/American Classroom Program.

## AWARD

The grievance is substantively arbitrable.

The University violated the Collective Bargaining Agreement when it did not compensate adjunct instructors $6400 for teaching the course *Managing in a Diverse and Changing World* in the 2018 fall semester.

The adjunct instructors who taught the course shall be made whole the difference between what they were compensated and $6400.

Robert M. O'Brien, Esq.
Arbitrator

Dated: March 30, 2020