# United States Court of Appeals
## For the First Circuit

No. 21-1491

NORTHEASTERN UNIVERSITY,

Petitioner - Appellant,

v.

SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 509,

Respondent - Appellee.

**JUDGMENT**

Entered: October 22, 2021
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Robert Alan Fisher
Ian O'Donnell Russell
Patrick N. Bryant